

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2014

No. 04-13-00707-CR

Julian Lawrence **NAVARRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-12-0325
Honorable Frank Follis, Judge Presiding

## O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which she asserts there are no meritorious issues to raise on appeal. Appellant's counsel has also filed a motion to withdraw. However, neither the brief nor the motion contain an exhibit showing that counsel has informed appellant that he has the right to review the record and file a pro se brief. In *Nichols v. State*, we explained that "[w]hen an appointed attorney determines there are no nonfrivolous grounds for appeal, the attorney has a duty to request permission to withdraw as counsel." 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.). We further explained that "[t]he motion to withdraw must also be accompanied by an exhibit showing that counsel provided the appellant with a copy of the *Anders* brief **and** informed the appellant that he or she has a right to review the record and file a pro se brief." *Id*. at 85-86 (emphasis added); *see also Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel is reminded that a motion to withdraw filed under similar circumstances in any future appeal must be accompanied by an exhibit showing that counsel has informed the appellant that he or she has a right to review the record and file a pro se brief.

As to this appeal, appellant has a right to review the record and file a pro se brief. If appellant desires to file a pro se brief, he must do so **within forty-five days from the date of this order**. *See Bruns*, 924 S.W.2d at 177 n.1. If appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date appellant's pro se brief is filed in this court. We ORDER the motion to withdraw, filed by appellant's counsel, to be HELD IN ABEYANCE pending further order of the court.

_____

Karen Angelini, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2014.



_____

Keith E. Hottle
Clerk of Court